Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No 3:09-00215-5 |
| v. ) | |
| ) | JUDGE TRAUGER |
| MEGAN JEDELE ) | |

## MOTION TO DISMISS OF SUPERSEDING INDICTMENT
## AS TO DEFENDANT JEDELE

Comes now the United States, by and through Assistant U.S. Attorney Lynne T. Ingram, and moves to dismiss without prejudice the charges against Megan Jedele in the Superseding Indictment filed on April 8, 2010. Defendant Jedele pled guilty to a related Criminal Complaint in Case No. 11-2036-MK and was sentenced by Judge E. Clifton Knowles on July 28, 2011.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

/s/Lynne T. Ingram
Lynne T. Ingram
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151